IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DALE M. KNAPP,**

      Plaintiff,

vs.   No. 1:15-CV-00929-RB-LF

**LIVINGSTON HEARING AID CENTER, INC.,**
a New Mexico Corporation, and
**KEITH CONDICT,**

      Defendants.

## STIPULATED ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Joint Motion for Dismissal filed by Plaintiff Dale M. Knapp, Defendant Livingston Hearing Aid Center, Inc., and Defendant Keith Condict. The Court, having reviewed the Motion and being otherwise fully informed, finds that the Motion is well-taken and will be **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims brought in this matter, or that could have been brought in this matter, are hereby dismissed with prejudice. Each party shall bear its own costs and expenses, including attorney's fees, incurred in connection with this litigation.

_____
THE HONORABLE ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE

Submitted by:

By: */s/ Aimee Bevan*
O' FRIEL and LEVY, P.C.
Aimee Bevan
P. O. Box 2084
Santa Fe, NM 87504-2084
aimee@ofrielandlevy.com
*Attorneys for Plaintiff Dale M. Knapp*

  and

By: *Approved via email 3/10/16*
Matthew Rappaport, Esq.
Miller Stratvert, P.A.
P.O. Box 25687
Albuquerque, NM 87125-0687
mrappaport@mstlaw.com
*Attorney for Defendant Livingston*
  *Hearing Aid Center, Inc.*

  and

By: *Approved via email 3/10/16*
Kathleen M. Wilson, Esq.
HINKLE SHANOR LLP
7601 Jefferson NE - Suite 180
Albuquerque, NM 87109
kwilson@hinklelawfirm.com
mailto:mblake@hinklelawfirm.com*Attorneys for Defendant Keith Condict*